CAAP-12-0000061


IN THE INTERMEDIATE COURT OF APPEALS


OF THE STATE OF HAWAI'I


DANA NAONE HALL, Plaintiff-Appellant,
v.
DEPARTMENT OF LAND AND NATURAL RESOURCES,
BOARD OF LAND AND NATURAL RESOURCES, WILLIAM J. AILA,
JR. in his official capacity as chairperson of the
Board of Land and Natural Resources and as the State
Historic Preservation Officer, PUAALAOKALANI AIU
in her official capacity as administrator of the State
Historic Preservation Division, DEPARTMENT OF HEALTH,
LORETTA J. FUDDY in her official capacity as the director
of the Department of Health, ALVIN T. ONAKA in his official
capacity as State Registrar of Vital Statistics and
Chief of the Department of Health's Office of Health
Status Monitoring, KAWAIAHA'O CHURCH, FRANK PESTANA
in his official capacity as the Chair of the Board of
Trustees and Chair of the Board of Directors of
Kawaiaha'o Church, John Does 1-10, Jane Does 1-10, and
Doe Partnerships, Corporations, Trusts, Governmental
Units or Other Entities 3-20, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1828-08)


ORDER DENYING MOTION FOR
RECONSIDERATION FILED BY STATE DEFENDANTS-APPELLEES
(By: Nakamura, C.J., and Leonard and Reifurth, JJ.)


Upon consideration of the "Motion for Reconsideration
of Order (Filed on September 28, 2012) Granting Plaintiff-

Appellant's Second Motion for Preliminary Injunction Pending Appeal," which was filed on October 5, 2012, by Defendants-Appellees, Department of Land and Natural Resources, Board of Land and Natural Resources, William J. Aila, Jr. in his official capacity as chairperson of the Board of Land and Natural Resources and as the State Historic Preservation Officer, Puaalaokalani Aiu in her official capacity as administrator of the State Historic Preservation Division, Department of Health, Loretta J. Fuddy in her official capacity as the director of the Department of Health, and Alvin T. Onaka in his official capacity as State Registrar of Vital Statistics and Chief of the Department of Health's Office of Health Status Monitoring,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, October 12, 2012.

Craig H. Nakamura
Chief Judge

Associate Judge

Lawrence M Reifurth
Associate Judge

2